```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF MINNESOTA
                    Civil No. 18-2291 (DSD/SER)
```

Peppino Santos Gramyko Earthman,

       Plaintiff,

v.                                              **ORDER**

Fairview Health Services,

       Defendant.

This matter is before the court upon the report and recommendation of Magistrate Judge Steven Rau, dated September 25, 2018 (R&R). The magistrate judge recommended that the court deny plaintiff Santos Earthman's application to proceed in forma pauperis because his complaint fails to state a plausible claim under federal law. <u>See</u> U.S.C. § 1915(e)(2)(B). No objections to the R&R have been filed within the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 4] is adopted in its entirety;

2. Plaintiff's application to proceed in forma pauperis [ECF No. 2] is denied; and

3. Plaintiff's complaint [ECF No. 1] is dismissed without prejudice.

Dated: October 16, 2018

                                            <u>s/David S. Doty</u>
                                            David S. Doty, Judge
                                            United States District Court